YAAKOV SAKS▲▪*
JUDAH STEIN▲▪
ELIYAHU BABAD▲▪
MARK ROZENBERG▪
HASAN SIDDIQUI▲
RAMI SALIM▲▪

▲ NJBar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

# STEIN | SAKS, PLLC

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

September 11, 2024



**<u>Via CM/ECF</u>**
The Honorable Katherine Polk Failla
United States District Court
Southern District of New York

> Re:    **<u>Valencia vs. EIS Office Solutions, Inc.</u>**
> **Case #: 1:24-cv-04910-KPF**

Dear Judge Failla:

This firm represents the Plaintiff in the above-referenced matter. Plaintiff has been unable to complete service of the Summons and Complaint on the Defendant although numerous attempts have been made. Plaintiff requests that the Court extend the time to complete service thirty (30) days to November 1, 2024 so that the Plaintiff can continue its efforts to serve the Summons and Complaint. In addition, Plaintiff also requests that the Initial Pretrial Conference currently scheduled for September 13, 2024 be adjourned at least thirty (30) days. This is Plaintiff's first request to adjourn both dates.

We thank Your Honor and the Court for its kind consideration and courtesies.

Respectfully submitted,

*s/ Rami Salim*
Rami Salim, Esq.

Application granted.  The time to complete service is extended to **November 1, 2024.**

The initial pretrial conference currently scheduled for September 13, 2024, is hereby ADJOURNED to **November 13, 2024, at 11:00 a.m.**

Dated:     September 12, 2024          SO ORDERED.
           New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE