YAAKOV SAKS▲•*
JUDAH STEIN▲•
ELIYAHU BABAD▲•
MARK ROZENBERG•
HASAN SIDDIQUI▲
RAMI SALIM▲•

▲ NJBar Admissions
• NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

# STEIN | SAKS, PLLC

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

November 12, 2024



**Via CM/ECF**
The Honorable Katherine Polk Failla
United States District Court
Southern District of New York

Re: **Valencia vs. EIS Office Solutions, Inc.**
**Case #: 1:24-cv-04910-KPF**

Dear Judge Failla:

This firm represents the Plaintiff in the above-referenced matter. Plaintiff has been unable to complete service of the Summons and Complaint on the Defendant although numerous attempts have been made. Plaintiff has also sent waivers to the Defendant's addresses but none have yet been returned. Plaintiff requests that the Court extend the time to complete service thirty (30) days to November 1, 2024 so that the Plaintiff can continue its efforts to serve the Summons and Complaint. In addition, Plaintiff also requests that the Initial Pretrial Conference currently scheduled for November 13, 2024 be adjourned at least thirty (30) days. This is Plaintiff's second request to adjourn both dates.

We thank Your Honor and the Court for its kind consideration and courtesies.

Respectfully submitted,

*s/ Rami Salim*
Rami Salim, Esq.

Application GRANTED.  The Court has reviewed the above letter and corresponded with counsel.  Accordingly, the time to complete service is extended to **December 1, 2024.**

The initial pretrial conference currently scheduled for November 13, 2024, is hereby ADJOURNED to **December 19, 2024, at 12:00 p.m.**

The Clerk of Court is directed to terminate the pending motion at docket entry 8.

Dated:     November 12, 2024          SO ORDERED.
           New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE