UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMO ENDORSED**

---------------------------------------------------------------------x

JUSTIN VALENCIA, on behalf of herself and all others similarly situated,

Plaintiff,

Civil Action No: 1:24-cv-4910

-v.-

EIS OFFICE SOLUTIONS, INC.

Defendants.

---------------------------------------------------------------------x

**NOTICE OF VOLUNTARY DISMISSAL**

IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action specifically with regard to Defendant shall be and hereby is dismissed without prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that a dismissal without prejudice may be entered in the above entitled action pursuant hereto.

Dated: December 12, 2024

Respectfully Submitted,

*/s/Rami Salim*

Rami Salim, Esq.
**Stein Saks, PLLC**
One University Plaza, Suite 620
Hackensack, NJ 07601
rsalim@steinsakslegal.com
Tel. 201-282-6500
Fax 201-282-6501
*Attorneys for Plaintiff*

**Certificate of Service**

I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record. I also emailed this Notice to all parties who have not made an appearance in this case.

This 12th day of December, 2024

Respectfully Submitted,

*/s/ Rami Salim*
Rami Salim

The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

Dated: December 13, 2024
New York, New York

SO ORDERED.

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE